[No. 34984-8-I.  Division One.  January 16, 1996.]

ALLSTATE INSURANCE COMPANY, *Respondent*, v.
JAMES ROBERT PEASLEY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-24800-8, Liem E. Tuai, J., entered June 20, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Cox, JJ. Now published at 80 Wn. App. 565.

[No. 34988-1-I.  Division One.  January 16, 1996.]

FELTON WASHINGTON, *Appellant*, v. VWR TEXTILES AND SUPPLIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-27225-3, Larry A. Jordan, J., entered June 7, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 35238-5-I.  Division One.  January 16, 1996.]

MICHELLE MERCHANT, *as Guardian, Appellant*, v.
ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-04892-1, Michael J. Fox, J., entered July 15, 1994. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.

[No. 35353-5-I.  Division One.  January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ARROW DARREN LINDOFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-04711-8, Mary Wicks Brucker, J., entered October 3, 1994. *Dismissed* by unpublished per curiam opinion.